(A) THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ARTHUR SPINNEY, Appellant. (B) THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ALFRED TURNER, Appellant.—

Appellant, therefore, either has in his possession a copy of the original papers to be used in the consideration of this appeal, or has full knowledge of the contents of such papers. Ughetta, Acting P. J., Christ, Pette and Brennan, JJ., concur.